UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 11432
  DAVID M NOVAK
  SUSAN M NOVAK                                  CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-7052     SSN XXX-XX-5291

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/23/04 and confirmed on 05/19/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  12669.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 2701.53 | 344.58 | 2701.53 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| AT & T PAYROLL PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5072.87 | .00 | 690.04 |
| ROUNDUP FUNDING LLC | UNSECURED | 7383.03 | .00 | 1004.28 |
| ECAST SETTLEMENT CORP | UNSECURED | 6043.62 | .00 | 822.09 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1003.92 | .00 | 136.56 |
| CAPITAL ONE FINANCIAL | UNSECURED | 597.70 | .00 | 81.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3034.87 | .00 | 412.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6341.57 | .00 | 862.61 |
| DISCOVER BANK | UNSECURED | 4124.63 | .00 | 561.05 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 935.76 | .00 | 127.29 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 908.23 | .00 | 123.54 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 522.78 | .00 | 71.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 826.75 | .00 | 112.46 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4125.89 | .00 | 561.23 |
| NICOR GAS | UNSECURED | 941.40 | .00 | 128.05 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1049.41 | .00 | 142.75 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 1638.09 | .00 | 222.82 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1803.56 | .00 | 245.33 |
| US BANK | UNSECURED | 5226.00 | .00 | 710.87 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 472.65 | .00 | 64.29 |

            Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      2701.53         .00     52052.73         .00     54754.26
PRINCIPAL PAID          2701.53         .00      7080.49         .00      9782.02
INTEREST PAID            344.58         .00          .00         .00       344.58
TOTAL PAID              3046.11         .00      7080.49         .00     10126.60
```
The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2200.00
and was paid $     206.00  direct and $   1994.00  through the plan.

The Trustee received $     548.40 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 01/09/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE